UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC<br><br>       Plaintiff,<br><br>   v.<br><br>CANON INC.,<br><br>       Defendant. | Case No.  2:19-cv-246<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROPOSED**
**AGREED DOCKET CONTROL ORDER**

COME NOW, Plaintiff, Optimum Imaging Technologies LLC, ("Plaintiff"), and Defendant, Canon Inc. ("Defendant") and file Joint Motion for Entry of Proposed Agreed Docket Control Order and show the Court as follows:

Pursuant to this Court's Order, the parties have met and conferred, and respectfully request the Court to enter the attached proposed Docket Control Order.

Wherefore, the parties respectfully request the Court extend the deadlines as stated above.

Dated: October 30, 2019

Respectfully submitted,

By: */s/ S. Calvin Capshaw*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

Amadou Kilkenny Diaw
Corrine Saylor Davis
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Attorneys for Plaintiff
Optimum Imaging Technologies LLC


By: */s/ Andrea Fair*
Michael P. Sandonato (NY Bar No. 2532646)
Peter D. Shapiro (NY Bar No. 3047826)
Ryan M. Mott (NY Bar No. 5098157)
VEENABLE LLP
1270 Avenue of the Americas
New York, NY 10020
(212) 3070-5500 (main line)
(212) 307-5598 (facsimile)
MSandonato@Venable.com
PShapiro@Venable.com
RMMott@Venable.com

Wesley Hill (Texas Bar No. 24032294)
Andrea L. Fair (Texas Bar No. 24078488)
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (main line)
(903) 757-2323 (facsimile)
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Defendant Canon Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record is being served with a copy of this document via the Court's CMF/ECF system on October 30, 2019.

Respectfully submitted,

By: /s/ S. Calvin Capshaw