## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00246-JRG |
| CANON INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Defendant Canon Inc.'s ("Canon") Notice Regarding Plaintiff's "Unopposed" Motion for Video or Telephonic Joint Status Conference (the "Notice"). (Dkt. No. 120.) In light of the Notice, which was just filed, the Court is of the opinion that expedited briefing is appropriate. Accordingly, Canon is hereby **ORDERED** to file any Response to Plaintiff's Motion for Modified Schedule in View of Novel Coronavirus (COVID-19) Outbreak (Dkt. No. 117) on or before **12:00 pm CDT** on **Tuesday, August 18, 2020**. No reply or sur-reply may be filed without leave of Court.

In further light of the foregoing, the Court **RESETS** the telephonic status conference from 2:30 pm CDT on Friday, August 14, 2020 to **9:00 am CDT** on **Thursday, August 20, 2020**.

The Court's telephone conference number is 877-336-1839. The Access Code is 5737419#. Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available. Participants shall mute themselves upon joining the conference and stay muted unless speaking. Further participants shall consistently identify themselves for the record each and every time they speak.

**So ORDERED and SIGNED this 13th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE