**EXHIBITS 1 – 2**

**REDACTED ENTIRELY**