**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

OPTIMUM IMAGING TECHNOLOGIES LLC,

        Plaintiff,

   v.

CANON INC.,

        Defendant.

C.A. No. 2:19-cv-00246-JRG

**JURY TRIAL DEMANDED**

**ORDER GRANTING DEFENDANT CANON INC.'S *DAUBERT* MOTION TO
EXCLUDE THE TESTIMONY OF PROF. JEFFREY SEDLIK REGARDING
COMPARABILITY OF LICENSED TECHNOLOGY**

The Court, having considered Defendant Canon Inc.'s Motion to Exclude Testimony of

Prof. Jeffrey Sedlik, and the pleadings and arguments submitted by all parties on the motion,

**GRANTS** the motion.