FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CANON INC.,<br><br>*Defendant*. | Case No. 2:19-CV-00246-JRG |

# DECLARATION OF KORULA T. CHERAIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PROF. JEFFREY SEDLIK

In accordance with 28 U.S.C. § 1746, I, Korula T. Cherian, declare as follows:

1. I an attorney and partner with the law firm RuyakCherian LLP, counsel for Plaintiff Optimum Imaging Technologies, LLC ("OIT") in this case. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein and would testify to such facts under oath if asked to do so.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Professor Jeffrey Sedlik.

3. Attached as Exhibit B is a true and correct copy of the cited excerpts from the Deposition of Jeffrey Sedlik, taken on October 26, 2020.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 16, 2020 in Berkeley, California.

                                                */s/ Korula T. Cherian*_____

                                                Korula T. Cherian