# EXHIBIT B

## REMAINS UNDER SEAL