# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CANON INC.,<br><br>*Defendant*. | Case No. 2:19-CV-00246-JRG |

## ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF PROF. JEFFREY SEDLIK

The Court having considered Defendant Canon Inc.'s *Daubert* Motion to Exclude the Testimony of Prof. Jeffrey Sedlik Regarding Comparability of Licensed Technology, HEREBY DENIES the motion.